**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY SCOTT,<br><br>        Plaintiffs,<br><br>    v.<br><br>DOUGLAS EMMETT 1997, LLC., et al.,<br><br>        Defendants. | Case No. CV-16-9528-R<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby removed from the Court's active caseload, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. IT IS FURTHER ORDERED that all dates set in this action are hereby vacated. The Court reserves its jurisdiction for the purpose of enforcing the settlement and this Order shall not prejudice any party to this action.

Dated  JULY 31, 2017

_____
MANUEL L. REAL
United States District Judge